United States District Court
Southern District of Texas
**ENTERED**
April 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALVIN JACKSON, individually and on behalf of all others similarly situated, <br> *Plaintiff* <br> v. <br> HMJ PLASTERING, LLC <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § | Civil Action No. <br><br> 4:16-CV-03378 |

PROPOSED ORDER:
MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS

Before the Court is the parties' *Motion for Approval of Settlement Agreement* in the above entitled and numbered action. After consideration of the motion and review of the Parties' proposed Settlement Agreement, the Court is of the opinion that the proposed Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute, such that Motion for Approval of Settlement Agreement should be **GRANTED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the Settlement Agreement submitted to the Court as Exhibit A to the *Motion for Approval of Settlement Agreement* is approved.

Because no other party has opted in Case No. 4:16-CV-03378 at the time of the parties' settlement and this Court's approval, and Plaintiff no longer has any interest in representing potential opt-in plaintiffs in making this voluntary settlement, the remaining claims being moot are hereby **DISMISSED**.

**SIGNED** and **ENTERED** this 27th day of April, 2017.

_____
U.S. District Court Judge